UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>KUNG WO COMPANY, a California Corporation;<br>TANE CHAN<br><br>    Defendants. | Case No.: 4:21-cv-05156-JST<br><br>**ORDER** |

## **ORDER**

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____                _____
                                                                   HONORABLE JON S. TIGAR
                                                                      United States District Judge